IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD WILLIAM MCDOWELL, | ) | No. C 12-3706 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO |
| v. | ) | FILE OPPOSITION |
| WARDEN RON BARNES, | ) ) ) | |
| Respondent. | ) ) | (Docket No. 10.) |

Petitioner, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction and sentence. The Court ordered Respondent to show cause why a writ of habeas corpus should not be granted. (Doc. No. 8.) Respondent filed a motion to dismiss. (Doc. No. 9.) Petitioner has filed a motion for extension of time to file an opposition to Respondent's motion to dismiss. (Doc. No. 10.)

Petitioner's motion is **GRANTED**. Petitioner shall file an **opposition within twenty-eight (28) days** from the date this order is filed.

This order terminates docket number 10.

IT IS SO ORDERED.

DATED: 3/20/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Opposition
G:\PRO-SE\SJ.LHK\HC.12\McDowell706eot-opp.wpd